AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |  |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE September 27, 2007  1:15 PM |
| Name of SERVER William Colt | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other *(specify):* **Personally served The Corporation Trust Company, registered agent for service of process for Defendant JPMorgan Chase & Co.**
**The Corporation Trust Center, 1209 Orange Street**
**Wilmington DE 19801**   Service was accepted by Scott LaScala, Managing Agent

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | Service of Process | $60.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   September 27, 2007
             Date

Signature of Server
**2000 Pennsylvania Avenue, Suite 207**
**Wilmington, DE 19806**
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure