AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE | September 21, 2007 |
| Name of SERVER  Matthew Hale | TITLE | Attorney/Process Server |
| Check one box below to indicate appropriate method of service | | |

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Personally served Chase Manhattan Bank U.S.A., NA, registered agent for service of process for Defendant Chase Manhattan Bank U.S.A., NA, d/b/a/ Chase Bank U.S.A., N.A.
500 Stanton Christiana Road, Building 4
Newark, Delaware 19713

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | Service of Process | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  September 21, 2007
                    Date

Signature of Server
45 Rivermont Drive, Newport News
Virginia 23601
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure