Matthew S. Hale, Esq.
HALE & ASSOCIATES
Calif. State Bar No. 136690
45 Rivermont Drive
Newport News, VA 23601

Mailing Address:
P.O. Box 1951
Newport News, VA 23601

Telephone No. (757) 596-1143
E-Mail: matthale@verizon.net

Attorney for Plaintiff DAVID J. LEE

### UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. LEE and DANIEL R. LLOYD, as individuals and, on behalf of others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CHASE MANHATTAN BANK U.S.A., N.A., a Delaware corporation, CHASE MANHATTAN BANK U.S.A., N.A. d.b.a. CHASE BANK U.S.A., N.A., JPMORGAN CHASE & CO., a Delaware corporation; and DOES 1, through 100, inclusive,<br><br>　　　　Defendants. | Case No.: C-07-4732 - MJJ<br><br>**PROOF OF SERVICE RE: RETURNS OF SERVICE ON SUMMONS & COMPLAINTS** |

**David J. Lee, et al. v. Capital One Bank, Inc. et al.,**
**Proof of Service Re: Returns of Service on Summons & Complaints**

1 On Wednesday, October 3, 2007, I served copies of the Returns of Service relative to service of process of the Summons and Complaints, as well as this Proof of Service, to Mr. Stephen J. Newman, counsel for Defendants Chase Manhattan Bank U.S.A., N.A., Chase Manhattan Bank U.S.A., N.A., d.b.a. Chase Bank U.S.A., N.A., and JPMorgan Chase & Co. These documents were sent via First Class U.S. Mail to Mr. Newman at his office at Stroock, Stroock & Lavan, L.L.C. at located at 2029 Century Park East, Los Angeles, CA 90067-3086. In addition, copies of the same were e-mailed to Mr. Newman at snewman@stroock.com.

I declare that the foregoing is true and correct, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: October 3, 2007

Respectfully submitted,

By: _____
Matthew S. Hale, Esq.
Counsel for Plaintiffs