STROOCK & STROOCK & LAVAN, L.L.P.
JULIA B. STRICKLAND (State Bar No. 083013)
STEPHEN J. NEWMAN (State Bar No. 181570)
2029 Century Park East, Suite 1800
Los Angeles, CA 90067-3086
Telephone (310) 556-5800
Facsimile (310) 566-5959
lacalendar@stroock.com

Attorneys for Defendants

CHASE MANHATTAN BANK U.S.A., N.A., CHASE MANHATTAN BANK U.S.A., N.A. d.b.a. CHASE BANK U.S.A., N.A., and JPMORGAN CHASE & CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. LEE, and DANIEL R. LLOYD, as individuals and, on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CHASE MANHATTAN BANK U.S.A., N.A., a Delaware corporation, CHASE MANHATTAN BANK U.S.A., N.A. d.b.a. CHASE BANK U.S.A., N.A., JPMORGAN CHASE & CO., a Delaware corporation; and DOES 1, through 100, inclusive,<br><br>Defendants. | Case No.: C 07-4732 MJJ<br><br>**CLASS ACTION**<br><br>(Assigned to the Honorable Martin J. Jenkins)<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT<br><br>Action filed: September 14, 2007 |

1
STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT – Case No. C 07-4732 MJJ

WHEREAS, this action was filed on September 14, 2007;

WHEREAS, Defendants CHASE MANHATTAN BANK U.S.A., N.A., CHASE MANHATTAN BANK U.S.A., N.A. d.b.a. CHASE BANK U.S.A., N.A., were served with the Complaint on or about September 21, 2007;

WHEREAS Defendant JPMORGAN CHASE & CO. was served with the Complaint on or about September 27, 2007.

WHEREAS, Plaintiffs have agreed that the time for Defendants to answer or file a motion to dismiss in response to the Plaintiffs' Complaint shall be extended to and including Thursday, October 25, 2007, pursuant to Local Rule 6-1(a);

WHEREAS, Defendants' time to respond has not previously been extended, and;

WHEREAS, this Stipulation has been made in good faith and without purpose of delay;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel of record, that the time for the Defendants to either answer or file their motions to dismiss in response to the Complaint shall be extended to and including Thursday, October 25, 2007.

Defendants shall reserve all defenses to the Complaint, and may respond by either answer or motion to dismiss, to the extent allowable by law.

///

///

///

1

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT – Case No. C 07-4732 MJJ**

| | |
|---|---|
| Dated: October ___, 2007 | STROOCK & STROOCK & LAVAN, LLP<br>JULIA B. STRICKLAND<br>STEPHEN J. NEWMAN<br><br>By: _____<br>　　　Stephen J. Newman<br><br>Attorney for Defendants<br><br>AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., AMERICAN EXPRESS CENTURION BANK and AMERICAN EXPRESS BANK FSB |
| Dated: October 4th, 2007 | HALE & ASSOCIATES<br>MATTHEW S. HALE<br><br>By: _____<br>　　　Matthew S. Hale<br><br>Attorney for Plaintiffs<br><br>DAVID J. LEE and DANIEL R. LLOYD |