1  STROOCK & STROOCK & LAVAN LLP
2  JULIA B. STRICKLAND (State Bar No. 083013)
   STEPHEN J. NEWMAN (State Bar No. 181570)
3  2029 Century Park East, Suite 1800
   Los Angeles, California  90067-3086
4  Telephone: 310-556-5800
   Facsimile: 310-556-5959
5  lacalendar@stroock.com

6  Attorneys for Defendants
7    CHASE BANK USA, N.A.,
     erroneously sued as CHASE
8    MANHATTAN BANK U.S.A.,
     N.A., and JPMORGAN CHASE & CO.
9

10 **UNITED STATES DISTRICT COURT**

11 **NORTHERN DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| DAVID J. LEE and DANIEL R. LLOYD, individually and on behalf of all others similarly situated,  )<br>)<br>)<br>)<br>    Plaintiffs,  )<br>)<br>  vs.  )<br>)<br>CHASE MANHATTAN BANK U.S.A., )<br>N.A., a Delaware corporation, CHASE )<br>MANHATTAN BANK U.S.A., N.A. )<br>d.b.a. CHASE BANK U.S.A., N.A., )<br>JPMORGAN CHASE & CO., a )<br>Delaware corporation; and DOES 1 )<br>through 100, inclusive, )<br>)<br>    Defendants. )<br>)<br>)<br>_____ ) | **Case No. CV-07-4732  MJJ**<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Local Rule 3-16 |

LA 51006685v1

**TO THE COURT AND TO ALL PARTIES:**

Pursuant to Civil Local Rule 3-16, the undersigned, counsel of record for Chase Bank USA, N.A., erroneously sued as Chase Manhattan Bank U.S.A., N.A. and JPMorgan Chase & Co., certify that the following listed entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. JPMorgan Chase & Co. is a publically-traded holding company and the parent company of Chase Bank USA, N.A. and Chase Manhattan Bank U.S.A., N.A.

2. Chase Bank USA, N.A. is a wholly-owned indirect subsidiary of JPMorgan Chase & Co.

3. Chase Manhattan Bank U.S.A., N.A. is a subsidiary of JPMorgan Chase & Co.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated:  October 25, 2007                Respectfully submitted,

                                                  STROOCK & STROOCK & LAVAN LLP
                                                JULIA B. STRICKLAND
                                                STEPHEN J. NEWMAN

                                       By:   s/Stephen J. Newman
                                               Stephen J. Newman

                                               Attorneys for Defendants
                                               CHASE BANK USA, N.A.,
                                               erroneously sued as CHASE
                                               MANHATTAN BANK USA, N.A.,
                                               and JPMORGAN CHASE & CO.