```
 1  STROOCK & STROOCK & LAVAN LLP
    JULIA B. STRICKLAND (State Bar No. 083013)
 2  STEPHEN J. NEWMAN (State Bar No. 181570)
    2029 Century Park East, Suite 1800
 3  Los Angeles, California  90067-3086
    Telephone: 310-556-5800
 4  Facsimile: 310-556-5959
    lacalendar@stroock.com
 5
    Attorneys for Defendants
 6    CHASE BANK USA, N.A.,
      erroneously sued as CHASE
 7    MANHATTAN BANK U.S.A.,
      N.A., and JPMORGAN CHASE & CO.
 8
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. LEE and DANIEL R. LLOYD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CHASE MANHATTAN BANK U.S.A., N.A., a Delaware corporation, CHASE MANHATTAN BANK U.S.A., N.A. d.b.a. CHASE BANK U.S.A., N.A., JPMORGAN CHASE & CO., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | **Case No. CV-07-4732  MJJ**<br><br>THE HON. MARTIN J. JENKINS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**<br><br>DATE: December 4, 2007<br>TIME: 9:30 a.m.<br>PLACE: Courtroom 11<br>19th Floor<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 |

LA 51006775v1

The Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (the "Motion") filed by defendants ("Defendants") in the above-captioned action came on for hearing on December 4, 2007, at 9:30 a.m. in Courtroom 11 of the above-entitled Court, the Honorable Martin J. Jenkins presiding. Hale & Associates appeared on behalf of plaintiffs David J. Lee and Daniel R. Lloyd ("Plaintiffs") and Stephen J. Newman of Stroock & Stroock & Lavan LLP appeared on behalf of Defendants.

After consideration of the evidence, pleadings, briefs and oral argument presented, as well as all other matters presented to the Court, and good cause having been shown:

**IT IS HEREBY ORDERED** that:

The Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure is **GRANTED** in its entirety and the Complaint is **DISMISSED** in its entirety and without leave to amend.

Dated: _____

THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE