1  **Matthew S. Hale, Esq.**
   **HALE & ASSOCIATES**
2  **Calif. State Bar No. 136690**
   **45 Rivermont Drive**
3  **Newport News, VA 23601**

4  **Mailing Address:**
   **P.O. Box 1951**
5  **Newport News, VA 23601**

6  **Telephone No. (757) 596-1143**
   **E-Mail: matthale@verizon.net**
7
   **Attorney for Plaintiffs, DAVID J. LEE and**
8  **DANIEL R. LLOYD**

9

10                      **UNITED STATES DISTRICT COURT**

11                  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

12

13 **DAVID J. LEE and DANIEL R. LLOYD,**  )   **Case No.: C 07-4732 MJJ**
   as individuals and, on behalf of others  )
14 similarly situated,                      )   **PLAINTIFFS' OPPOSITION TO**
                                            )   **DEFENDANTS' MOTION TO**
15              **Plaintiffs,**             )   **DISMISS**
                                            )
16      vs.                                 )
                                            )   **DATE:**    December 4, 2007
17                                          )   **TIME:**    9:30 a.m.
                                            )   **PLACE**    Courtroom 11
18 **CHASE MANHATTAN BANK U.S.A.,**         )               19th Floor
   **N.A., a Delaware corporation, CHASE**  )               450 Golden Gate Avenue
19 **MANHATTAN BANK U.S.A., N.A. d.b.a.**   )               San Francisco, Calif. 94102
   **CHASE BANK U.S.A., N.A., JPMORGAN**    )
20 **CHASE & CO., a Delaware corporation;** )
   **and DOES 1, through 100, inclusive,**  )
21                                          )
                                            )
22                                          )
                                            )
23              **Defendants.**             )
                                            )
24                                          )
                                            )
25  _____

26

27

28

                                            1

**David Lee, et al. vs. Chase Manhattan Bank, et al.**
**Plaintiffs' Opposition to Defendants' Motion to Dismiss**

Plaintiffs, by their undersign attorneys, hereby oppose Defendants' Motion to Dismiss, on the bases that: (1) Plaintiffs have standing to maintain the action and its various causes of action; (2) Plaintiffs' claims concerning their charge, credit, gift, and dining cards fall within the coverage of the Consumer Legal Remedies Act (Cal. Civil Code §§ 1750 et seq.; (3) the Complaint meets the specificity requirements of Fed.R.Civ.P. 9(b); (4) Plaintiffs' causes of action are not barred by the relevant statute of limitations; (5) Plaintiffs' complaint is not preempted by the National Bank Act, 12 U.S.C. § 24 et seq., and/or its implementing regulations (12 C.F.R. §§ 7.4008(d)(2)(iv) and (viii); and, (6) the Unfair Competition Law (California Bus. & Prof. Code §§ 17200 et seq.), the California Consumer Legal Remedies Act (California Civil Code §§ 1750 et seq., or the common law in the context of Plaintiffs' Complaint have, at most, only an incidental effect on Defendant's lending operation and are not preempted by the National Bank Act and its implementing regulations.

The Court is respectfully referred to the accompanying memorandum of points and authorities in support of this Opposition.

Dated: November 13, 2007

Respectfully submitted,



Matthew S. Hale
Attorney for Plaintiffs
David J. Lee and Daniel R. Lloyd

David Lee, et al. vs. Chase Manhattan Bank, et al.
Plaintiffs' Opposition to Defendants' Motion to Dismiss