STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
STEPHEN J. NEWMAN (State Bar No. 181570)
2029 Century Park East, Suite 1800
Los Angeles, California  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
lacalendar@stroock.com

Attorneys for Defendants
  CHASE BANK USA, N.A.,
  erroneously sued as CHASE
  MANHATTAN BANK U.S.A.,
  N.A., and JPMORGAN CHASE & CO.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. LEE and DANIEL R. LLOYD, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CHASE MANHATTAN BANK U.S.A., N.A., a Delaware corporation, CHASE MANHATTAN BANK U.S.A., N.A. d.b.a. CHASE BANK U.S.A., N.A., JPMORGAN CHASE & CO., a Delaware corporation; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. CV-07-4732  MJJ <br><br> THE HON. MARTIN J. JENKINS <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE AN OVERLENGTH REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS** <br><br> **[Local Rule 7-11]** |

# ORDER

Before this Court is the Motion for Leave to File an Overlength Reply Brief in Support of Motion to Dismiss filed by Defendant Chase Bank U.S.A., N.A. ("Chase"), erroneously sued as Chase Manhattan Bank U.S.A., N.A. and JPMorgan Chase & Co., pursuant to Local Rule 7-11.

After consideration of the evidence, pleadings, briefs, as well as all other matters presented to the Court, and good cause having been shown:

IT IS HEREBY ORDERED that the Motion for Leave to File an Overlength Reply Brief In Support Motion to Dismiss is **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____

THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE