1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 083013)
2  STEPHEN J. NEWMAN (State Bar No. 181570)
   2029 Century Park East, Suite 1800
3  Los Angeles, California  90067-3086
   Telephone: 310-556-5800
4  Facsimile: 310-556-5959
   lacalendar@stroock.com

Attorneys for Defendants
  CHASE BANK USA, N.A.,
  erroneously sued as CHASE
  MANHATTAN BANK U.S.A.,
  N.A., and JPMORGAN CHASE & CO.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID J. LEE and DANIEL R. LLOYD, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>CHASE MANHATTAN BANK U.S.A., N.A., a Delaware corporation, CHASE MANHATTAN BANK U.S.A., N.A. d.b.a. CHASE BANK U.S.A., N.A., JPMORGAN CHASE & CO., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>    Defendants. | **Case No. CV-07-4732  MJJ**<br><br>THE HON. MARTIN J. JENKINS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR CONTINUANCE OF THE HEARING ON THE MOTION TO DISMISS** |

LA 51012536v1

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR
CONTINUANCE OF THE HEARING ON THE MOTION TO DISMISS – CASE NO. C07-4732 MJJ

1   Before this Court is the Administrative Motion for Continuance of the Hearing on the

2   Motion to Dismiss, which was filed by Defendant Chase Bank U.S.A., N.A. ("Chase"), pursuant to

3   Civil Local Rule 7-11.

4   Good cause having been shown:

5   **IT IS HEREBY ORDERED** that:

6   The Administrative Motion for Continuance of the Hearing on the Motion to Dismiss is

7   **GRANTED** and the hearing on Defendants' Motion to Dismiss, currently scheduled for

8   December 11, 2007, is reset for January 8, 2008, at _____ a.m./p.m.

9

10  Dated:

    THE HONORABLE MARTIN J. JENKINS
11  UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LA 51012536v1
[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR
CONTINUANCE OF THE HEARING ON THE MOTION TO DISMISS – CASE NO. C07-4732 MJJ