STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
STEPHEN J. NEWMAN (State Bar No. 181570)
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
lacalendar@stroock.com

Attorneys for Defendants
  CHASE BANK USA, N.A.,
  erroneously sued as CHASE
  MANHATTAN BANK U.S.A.,
  N.A., and JPMORGAN CHASE & CO.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. LEE and DANIEL R. LLOYD, individually and on behalf of all others similarly situated, <br><br>  Plaintiffs, <br><br>  vs. <br><br> CHASE MANHATTAN BANK U.S.A., N.A., a Delaware corporation, CHASE MANHATTAN BANK U.S.A., N.A. d.b.a. CHASE BANK U.S.A., N.A., JPMORGAN CHASE & CO., a Delaware corporation; and DOES 1 through 100, inclusive, <br><br>  Defendants. | **Case No. CV-07-4732 MJJ** <br><br> THE HON. MARTIN J. JENKINS <br><br> **REPLY IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION FOR CONTINUANCE OF THE HEARING ON THE MOTION TO DISMISS CURRENTLY SET FOR DECEMBER 11, 2007** |

1  Plaintiff's counsel is opposing the motion to continue in bad faith. As shown in the attached Exhibit A, Ms. Strickland is in fact scheduled to argue the Second Circuit matter on the afternoon of December 10. Mr. Newman is on the brief and his presence in New York City also has been requested to assist in oral argument preparations.

Plaintiffs do not show how they will be prejudiced by the short continuance requested by Chase.

The December 11 date was set by the Court without consultation with counsel. Chase's counsel promptly advised the Court of the conflict and suggested another reasonable date. Chase respectfully requests that this Court grant the continuance to January 8, 2008.

Dated: December 3, 2007

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
STEPHEN J. NEWMAN

By:   s/Stephen J. Newman
       Stephen J. Newman

Attorneys for Defendants
CHASE BANK USA, N.A.,
ERRONEOUSLY SUED AS CHASE
MANHATTAN BANK U.S.A., N.A.,
AND JPMORGAN CHASE & CO.

-2-
**REPLY IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION FOR CONTINUANCE OF THE HEARING ON THE MOTION TO DISMISS CURRENTLY SET FOR DECEMBER 11, 2007**

51013106v1