UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE, NEW YORK, N.Y. 10007



Catherine O'Hagan Wolfe
CLERK OF COURT

Date: 10/29/07

Docket Number: 06-1871-cv

Short Title: In re: AMERICAN EXPRESS MERCHANTS' LITIGATION v.

DC Docket Number: 03-cv-9592

DC: SDNY (NEW YORK CITY)

DC Judge: Honorable George Daniels

## NOTICE OF HEARING DATE

Date of Hearing: Monday, December 10, 2007
Time Allotted for Oral Argument: 15 mins per side

The above referenced appeal is scheduled for oral argument on the day indicated in the Ceremonial Courtroom (9th Floor), Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Manhattan, New York City.

**Court convenes promptly at 2:00 p.m. Counsel and non-incarcerated pro se litigants must be present for argument unless earlier excused. Motions to adjourn argument must be promptly made and will be granted for grave reason only.**

Counsel and non-incarcerated pro se litigants presenting oral argument must register with the courtroom deputy no later than 1:30 p.m..Please be advised that, due to the technical difficulties, we are unable to provide offsite Video Argument until further notice. It is hoped that we will again be able to offer this convenience in the future.

Counsel and non-incarcerated pro se litigants may seek the Court's permission to waive oral argument by submitting a letter request to the Office of Clerk (attention Calendar Deputy) not later than five days before the hearing week.

**Report all settlements to the Calendar Deputy as soon as effected. Ordinarily, and subject to the ruling of the presiding judge, motions or stipulations to withdraw with prejudice will be granted without appearance by counsel, but motions or stipulations to withdraw without prejudice filed within three business days of the argument will be considered at the time of argument, with counsel present and prepared to argue the merits.**

CATHERINE O'HAGAN WOLFE, Clerk

---

**Complete Items below and return copy of entire form to the Clerk's Office**

Name of the Attorney/Pro Se Presenting argument: **Julia B. Strickland**
Firm Name (IF APPLICABLE): **Stroock & Stroock & Lavan LLP**
Current Telephone Number: **(310) 556-5800**
The above named Attorney Represents:
( ) APPELLANT-PETITIONER          ( ) INTERVENOR
(X) APPELLEE-RESPONDENT           ( ) AMICUS CURIAE

Date: **November 5, 2007**   Signature: /s/ Julia B. Strickland

EXHIBIT A

## PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

    I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: 2029 Century Park East, Los Angeles, California 90067-3086.

    On November 5, 2007, I served the foregoing document(s) described as: **ACKNOWLEDGMENT OF HEARING NOTICE** on the interested parties in this action as follows:

[SEE ATTACHED SERVICE LIST]

☐     **(VIA PERSONAL SERVICE** By causing the document(s), in a sealed envelope, to be delivered to the person(s) at the address(es) set forth above.

☒     **(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth above.

    I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

    I declare under penalty of perjury under the laws of the United States that the above is true and correct.

    Executed on November 5, 2007, at Los Angeles, California.

| Sue Turner | _STurner_ (signature) |
|---|---|
| [Type or Print Name] | [Signature] |

LA 50369365v1      EXHIBIT A

## SERVICE LIST

Blaine H. Bortnick, Esq.
Liddle & Robinson LLP
685 Third Avenue
New York, NY 10017

Eric Belfi, Esq.
Murray, Frank & Sailer LLP
275 Madison Avenue Suite 801
New York, NY 10016

Joseph S. Tusa, Esq.
Whalen & Tusa PC
275 Madison Ave., Suite 801
New York, NY 10016

Curtis Trinko, Esq.
Law Offices of Curtis Trinko LLP
16 West 46th Street, 7th Floor
New York, NY 10036

Schubert & Reed LLP
Robert C. Schubert, Esq.
Two Embarcadero Center Suite 1600
San Francisco, CA 94111

Read McCaffrey, Esq.
Patton Boggs LLP
2550 M Street, NW
Washington, D.C. 20037

Gary B. Friedman, Esq.
Noah Shube, Esq.
Friedman & Shube
155 Spring Street
New York, NY 10012

David S. Markun, Esq.
Kevin Eng, Esq.
Markun Zusman & Compton LLP
465 California Street, 5th Floor
San Francisco, CA 94104

Briscoe R. Smith, Esq.
Atlantic Legal Foundation
60 East 42nd Street
New York, NY 10165

Catherine E. Stetson, Esq.
Hogan & Hartson L.L.P.
555 13th Street, N.W.
Washington, D.C. 20004

Daniel E. Gustafson, Esq.
Gustafson Gluek PLLC
650 Northstar East 608 Second
Minneapolis, MN 55402

Edith M. Kallas, Esq.
Whatley, Drake & Kallas LLC
75 Rockefeller Plaza, 19th Floor
New York, NY 10019

LA 50369365v1                               EXHIBIT A