STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
STEPHEN J. NEWMAN (State Bar No. 181570)
2029 Century Park East, Suite 1800
Los Angeles, California  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
lacalendar@stroock.com

Attorneys for Defendants
  CHASE BANK USA, N.A.,
  erroneously sued as CHASE
  MANHATTAN BANK U.S.A.,
  N.A., and JPMORGAN CHASE & CO.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. LEE and DANIEL R. LLOYD, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>    vs.<br><br>CHASE MANHATTAN BANK U.S.A., N.A., a Delaware corporation, CHASE MANHATTAN BANK U.S.A., N.A. d.b.a. CHASE BANK U.S.A., N.A., JPMORGAN CHASE & CO., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>            Defendants. | **Case No. CV-07-4732  MJJ**<br><br>THE HON. MARTIN J. JENKINS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR CONTINUANCE OF THE HEARING ON THE MOTION TO DISMISS** |

LA 51012536v1

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR
CONTINUANCE OF THE HEARING ON THE MOTION TO DISMISS – CASE NO. C07-4732 MJJ

1      Before this Court is the Administrative Motion for Continuance of the Hearing on the

2 Motion to Dismiss, which was filed by Defendant Chase Bank U.S.A., N.A. ("Chase"), pursuant to

3 Civil Local Rule 7-11.

4      Good cause having been shown:

5      **IT IS HEREBY ORDERED** that:

6      The Administrative Motion for Continuance of the Hearing on the Motion to Dismiss is

7 **GRANTED** and the hearing on Defendants' Motion to Dismiss, currently scheduled for

8 December 11, 2007, is reset for January 8, 2008, at __9:30__ a.m.

9

10 Dated:    12/05/07



THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

Judge Martin J. Jenkins

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR
CONTINUANCE OF THE HEARING ON THE MOTION TO DISMISS – CASE NO. C07-4732 MJJ