1  Matthew S. Hale, Esq.
   HALE & ASSOCIATES
2  Calif. State Bar No. 136690
   45 Rivermont Drive
3  Newport News, VA 23601

4  Mailing Address:
   P.O. Box 1951
5  Newport News, VA 23601

6  Telephone No. (757) 596-1143
   E-Mail: matthale@verizon.net
7

   Attorney for Plaintiffs, DAVID J. LEE and
8  DANIEL R. LLOYD

9                    UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 DAVID J. LEE and DANIEL R. LLOYD,    )   Case No.: C 07-4732 MJJ
   as individuals and, on behalf of others )
13 similarly situated,                   )   STIPULATION & [~~PROPOSED~~] ORDER
                                         )   RE: CONTINUANCE OF HEARING
14                                       )   DATE OF DEFENDANTS' MOTION TO
              Plaintiffs,                )   DISMISS PLAINTIFFS' COMPLAINT,
15                                       )   AND INITIAL CASE MANAGEMENT
         vs.                             )   HEARING    AND ORDER
16                                       )
                                         )
17 CHASE MANHATTAN BANK U.S.A.,          )
   N.A., a Delaware corporation, CHASE  )
18 MANHATTAN BANK U.S.A., N.A. d.b.a.   )
   CHASE BANK U.S.A., N.A., JPMORGAN    )
19 CHASE & CO., a Delaware corporation;  )
   and DOES 1, through 100, inclusive,   )
20                                       )
                                         )
21                                       )
                                         )
              Defendants.                )
22                                       )
                                         )
23                                       )
                                         )
24

25

**David J. Lee, et al. v. Chase Manhattan Bank U.S.A., N.A., et al.,**
Stipulation & [Proposed] Order Re: Continuance of Hearing Date of Defendants' Motion to Dismiss
Plaintiffs' Complaint, and Initial Case Management Hearing

Plaintiffs David J. Lee and Daniel R. Lloyd, and Defendants Chase Manhattan Bank U.S.A., N.A., Chase Manhattan Bank U.S.A., N.A. d.b.a. Chase Bank U.S.A., N.A., JPMorgan Chase & Co., stipulate to continue the hearing of the Defendants' motion to dismiss Plaintiffs' complaint, and to continue the case management conference, from Tuesday, January 8, 2008, to Tuesday, January 29, 2008.

Defendants request that the hearing on the motion and the case management conference be specially set for afternoon of January 29, 2008 to accommodate counsel's desire to attend a hearing that morning in state court in San Jose. However, if a special setting is not available, counsel will adjust his schedule to appear at this Court's regular morning law & motion calendar call (at 9:30 a.m.). Plaintiffs do not oppose an afternoon hearing.

The parties respectfully request the Court continue the motion hearing and case management conference to the date requested.

Dated: December 26, 2007                                 Stroock & Stroock & Lavan, L.L.P.


By: ____/s/_____
    Stephen J. Newman Esq.
    Counsel for Defendants

Dated: December 26, 2007                                 Hale & Associates


By: ____/s/_____
    Matthew S. Hale, Esq.
    Counsel for Plaintiffs

**David J. Lee, et al. v. Chase Manhattan Bank U.S.A., N.A., et al.,**
**Stipulation & [Proposed] Order Re: Continuance of Hearing Date of Defendants' Motion to Dismiss Plaintiffs' Complaint, and Initial Case Management Hearing**

1  PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS ORDERED as
2  follows:
3
4  (1) Hearing of the Defendants' motion to dismiss Plaintiffs' complaint, and the case management conference, shall be continued from Tuesday, January 8, 2008, to Tuesday, January 29, 2008 at  9:30 AM  in Courtroom 11, 19th Floor, of the United States District Courthouse, located at 450 Golden Gate Avenue, San Francisco, CA 94102.

Case Management Conference set for Tuesday, February 26, 2008 at 2:00 PM. Joint Case Management Conference Statement on or before February 19, 2008.

Date:  1/4/2008                                    _____
                                                    The Honorable Martin J. Jenkins
                                                    U.S. District Court Judge

**David J. Lee, et al. v. Chase Manhattan Bank U.S.A., N.A., et al.,**
**Stipulation & [Proposed] Order Re: Continuance of Hearing Date of Defendants' Motion to Dismiss Plaintiffs' Complaint, and Initial Case Management Hearing**