STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
STEPHEN J. NEWMAN (State Bar No. 181570)
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
*lacalendar@stroock.com*

Attorneys for Defendants
  CHASE BANK U.S.A., N.A., CHASE MANHATTAN BANK
  U.S.A., N.A. d.b.a. CHASE BANK U.S.A., N.A. and JPMORGAN
  CHASE & CO.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. LEE and DANIEL R. LLOYD, as individuals and, on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CHASE MANHATTAN BANK U.S.A., N.A., a Delaware corporation, CHASE MANHATTAN BANK U.S.A., N.A. d.b.a. CHASE BANK U.S.A., N.A., JPMORGAN CHASE & CO., a Delaware corporation; and DOES 1 through 100, inclusive, <br><br> Defendants. | **Case No. CV-07-4732 MJJ** <br><br> THE HON. MARTIN J. JENKINS <br><br> **DEFENDANTS' FURTHER STATEMENT OF ADDITIONAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS** <br><br> **DATE**: January 29, 2008 <br> **TIME**:   9:30 a.m. <br> **CTRM**: 11, 19th Floor <br>          450 Golden Gate Ave. <br>          San Francisco, CA 94102 |

        Pursuant to Civil Local Rule 7-2(d), Defendants hereby advise the Court of further authority

bearing on the Motion to Dismiss scheduled for hearing on January 29, 2008.

## A.    Lee v. Capital One

        Recent proceedings before Judge Marilyn Patel, David J. Lee et al. v. Capital One Bank,

Case No. CV-07-4599 (MHP) (N.D. Cal. Sep. 5, 2007), bear on the issues before the Court here.

        In that case, plaintiffs, who are the same Plaintiffs here, challenge the legality of their

cardmember agreements with Capital One. The gravamen of the complaint against Capital One is,

just like here, that the agreements in question contained allegedly unconscionable arbitration

1  provisions.  Plaintiffs argue the <u>same</u> legal theory of liability asserted in this action, namely, that

2  they did not get the full value of their credit agreements with Capital One because the agreements

3  contained the allegedly unconscionable arbitration provisions.  Plaintiffs, however, never have

4  invoked the arbitration provision.  Nor do they identify any dispute related to charges on their

5  credit cards.

6      At a case management conference, Judge Patel <u>sua sponte</u> raised the question of whether a

7  "case or controversy" exists.  (Ex. A, 3:15.)  Suggesting strongly that Plaintiffs lack Article III

8  standing, she asked, "Why don't you wait until there is a dispute?  Many of us hold credit cards for

9  years, and a lot of people hold them for years and never have a dispute with their credit card

10  company. . . . You're creating a dispute where it seems there is none."  (<u>Id.</u> at 4:13-19.)  Judge

11  Patel encouraged the defendants to file a motion to dismiss or for judgment on the pleadings, and

12  suggested that Plaintiffs' counsel may be sanctioned under F.R.C.P. 11 if he persists in the

13  litigation.  (<u>See id.</u> at 5:7-20.)  "If you are going to proceed on this, you proceed at your peril,"

14  Judge Patel told Plaintiffs' counsel.  (<u>Id.</u> at 7:2-3.)  "I'm very disturbed that this kind of lawsuit is

15  proliferating around the courthouse here."  (<u>Id.</u> at 7:9-11.)

16      These same concerns should inform the Court in assessing Defendants' pending Motion to

17  Dismiss here.  Defendants make the same standing arguments, against the same Plaintiffs.  As

18  recognized by Judge Patel, strong arguments exist in favor of dismissal because there is no actual

19  case or controversy.

20  Dated:  January 9, 2008                    Respectfully submitted,

21                                              STROOCK & STROOCK & LAVAN LLP
                                               JULIA B. STRICKLAND
22                                              STEPHEN J. NEWMAN

23
                                               By:  /s/ Stephen J. Newman
24                                                  Stephen J. Newman

25
                                               Attorneys for Defendants
26                                              CHASE BANK U.S.A., N.A., CHASE
                                               MANHATTAN BANK U.S.A., N.A. d.b.a. CHASE
27                                              BANK U.S.A., N.A. and JPMORGAN CHASE &
                                               CO.
28

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California  90067-3086

- 2 -