**Matthew S. Hale, Esq.**
**HALE & ASSOCIATES**
**Calif. State Bar No. 136690**
**45 Rivermont Drive**
**Newport News, VA 23601**

**Mailing Address:**
**P.O. Box 1951**
**Newport News, VA 23601**

**Telephone No. (757) 596-1143**
**E-Mail: matthale@verizon.net**

**Attorney for Plaintiffs, DAVID J. LEE and DANIEL R. LLOYD**

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. LEE and DANIEL R. LLOYD, as individuals and, on behalf of others similarly situated,<br><br>              Plaintiffs,<br><br>     vs.<br><br>CHASE MANHATTAN BANK U.S.A., N.A., a Delaware corporation, CHASE MANHATTAN BANK U.S.A., N.A. d.b.a. CHASE BANK U.S.A., N.A., JPMORGAN CHASE & CO., a Delaware corporation; and DOES 1, through 100, inclusive,<br><br>              Defendants. | Case No.: C 07-4732 MJJ<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE**<br><br>[MEMORANDUM OF POINTS & AUTHORITIES, AND PROPOSED ORDER, FILED CONCURRENTLY]<br><br>DATE:  January 29, 2008<br>TIME:  9:30 a.m.<br>CTRM:  11<br>            19th Floor<br>            450 Golden Gate Ave.<br>            San Francisco, Ca. 94102 |

Plaintiffs, David J. Lee, and Daniel R. Lloyd, request that this Court, pursuant to Fed.R.Evid. 201, take judicial notice of two (2) documents: (1) the Complaint filed in <u>Lee v. American Express Travel Related Services Company, Inc.</u>, docket number C-07-4765 (CRB) (N.D. Cal. Sept. 9, 2007) (Exhibit "A" hereto, includes Exhibits 17, 18, 19, 28, 29, and 30 only); and (2) the hearing transcript relative to the Defendants' motion to dismiss in <u>Lee v. American Express Travel Related Services Company, Inc.</u> argued before Judge Charles H. Breyer on Friday, November 30th 2007 (Exhibit "B" hereto).

The grounds for this motion are that they are necessary for the Court of evaluate the Defendants' "Statement of Recent Decision in Support of Motion to Dismiss" filed on December 20, 2007. Furthermore, these documents are not subject to reasonable dispute in that they are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned, i.e., the files held by the clerk for the U.S. District Court for the Northern District.

Judicial notice of these documents is thus required in order for this Court to be fully apprised of the Plaintiffs' legal arguments in <u>Lee v. American Express Travel Related Services Company, Inc.</u>, and the rationale for Judge Breyer's decision in that case.

Dated: January 19, 2008                               Respectfully submitted,

By: _____
Matthew S. Hale, Esq.
Counsel for Plaintiffs,
David J. Lee and Daniel R. Lloyd

<u>David Lee, et al. vs. Chase Manhattan Bank U.S.A., N.A., et al.</u>
Plaintiffs' Request for Judicial Notice