**Matthew S. Hale, Esq.**
**HALE & ASSOCIATES**
**Calif. State Bar No. 136690**
**45 Rivermont Drive**
**Newport News, VA 23601**

**Mailing Address:**
**P.O. Box 1951**
**Newport News, VA 23601**

**Telephone No. (757) 596-1143**
**E-Mail: matthale@verizon.net**

**Attorney for Plaintiffs, DAVID J. LEE and DANIEL R. LLOYD**

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID J. LEE and DANIEL R. LLOYD, as individuals and, on behalf of others similarly situated,**<br><br>    **Plaintiffs,**<br><br>    **vs.**<br><br>**CHASE MANHATTAN BANK U.S.A., N.A., a Delaware corporation, CHASE MANHATTAN BANK U.S.A., N.A. d.b.a. CHASE BANK U.S.A., N.A., JPMORGAN CHASE & CO., a Delaware corporation; and DOES 1, through 100, inclusive,**<br><br>    **Defendants.** | Case No.: C 07-4732 MJJ<br><br>**PLAINTIFF'S MEMORANDUM OF POINTS & AUTHORITIES, FILED IN SUPPORT OF PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE**<br><br>**[REQUEST FOR JUDICIAL NOTICE AND PROPOSED ORDER, FILED CONCURRENTLY]**<br><br>DATE:  January 29, 2008<br>TIME:  9:30 a.m.<br>CTRM:  11<br>           19th Floor<br>           450 Golden Gate Ave.<br>           San Francisco, Ca. 94102 |

1

<u>David Lee, et al. vs. Chase Manhattan Bank U.S.A., N.A., et al.</u>
**Plaintiffs' Memorandum of Points & Authorities, Filed in Support of Plaintiffs' Request for Judicial Notice**

## MEMORANDUM OF POINTS & AUTHORITIES

This Court may, pursuant to Fed.R.Ev. 201, take judicial notice of the files and records of cases filed in the United States District Courts. <u>Reyn's Pasta Bella, LLC v. Visa USA, Inc.</u>, 442 F.3d 741, 746 (9th Cir. 2006). The documents for which judicial notice is sought were filed in <u>Lee v. American Express Travel Related Services Company, Inc.</u>, docket number C-07-4765 (CRB) (N.D. Cal. September 9, 2007).

Judicial notice of these documents is thus required in order for this Court to be fully apprised of the Plaintiffs' legal arguments in <u>Lee v. American Express Travel Related Services Company, Inc.</u>, and the rationale for Judge Breyer's decision in that case.

Based upon the forgoing facts and authority the Court is respectfully requested to take Judicial Notice of (1) the Complaint filed in <u>Lee v. American Express Travel Related Services Company, Inc.</u>, docket number C-07-4765 (CRB) (N.D. Cal. September 9, 2007); and (2) the hearing transcript relative to the Defendants' motion to dismiss in <u>Lee v. American Express Travel Related Services Company, Inc.</u> argued before Judge Charles H. Breyer on November 30, 2007.

Dated: January 17, 2008

Respectfully submitted,

By: _____
Matthew S. Hale, Esq.
Counsel for Plaintiffs,
David J. Lee and Daniel R. Lloyd