Matthew S. Hale, Esq.
HALE & ASSOCIATES
Calif. State Bar No. 136690
45 Rivermont Drive
Newport News, VA 23601

Mailing Address:
P.O. Box 1951
Newport News, VA 23601

Telephone No. (757) 596-1143
E-Mail: matthale@verizon.net

Attorney for Plaintiffs, DAVID J. LEE and
DANIEL R. LLOYD

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID J. LEE and DANIEL R. LLOYD,
as individuals and, on behalf of others
similarly situated,

        Plaintiffs,

  vs.

CHASE MANHATTAN BANK U.S.A.,
N.A., a Delaware corporation, CHASE
MANHATTAN BANK U.S.A., N.A. d.b.a.
CHASE BANK U.S.A., N.A., JPMORGAN
CHASE & CO., a Delaware corporation;
and DOES 1, through 100, inclusive,

        Defendants.

Case No.: C 07-4732 MJJ

PLAINTIFFS' [PROPOSED] ORDER RE:
REQUEST FOR JUDICIAL NOTICE

[REQUEST FOR JUDICIAL NOTICE,
AND MEMORANDUM OF POINTS &
AUTHORITIES, FILED
CONCURRENTLY]

DATE:  January 29, 2008
TIME:  9:30 a.m.
CTRM:  11
       19th Floor
       450 Golden Gate Ave.
       San Francisco, Ca. 94102

David Lee, et al. vs. Chase Manhattan Bank U.S.A., N.A., et al.

# ORDER

After considering the written submissions of counsel, and all other matters presented to the Court, relative to the request for judicial notice, pursuant to Fed.R.Evid. 201, filed by Plaintiffs, David J. Lee, and Daniel R. Lloyd, IT IS HEREBY ORDERED that:

Plaintiffs' Motion is GRANTED, and that Court shall take judicial notice of the following: (1) the Complaint filed in <u>Lee v. American Express Travel Related Services Company, Inc</u>., docket number C-07-4765 (CRB) (N.D. Cal. Sept. 9, 2007); and (2) the hearing transcript relative to the Defendants' motion to dismiss in <u>Lee v. American Express Travel Related Services Company, Inc</u>. argued before Judge Charles H. Breyer on Friday, November 30th 2007.


DATED:        January ___, 2008




                                    By: _____
                                         Hon. Martin J. Jenkins
                                         Judge U.S. District Court
                                         Northern Dist. California