IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

**HONORABLE MARTIN J. JENKINS**                    Courtroom Clerk: **Monica Narcisse**

DATE: **January 29, 2008**     [**9:51 - 10:09 am**]     Court reporter: **Belle Ball**

Case Number:     **C07-04732 MJJ**

Case Name:     **DAVID J. LEE**     v.     **CHASE MANHATTAN BANK**

COUNSEL FOR PLAINTIFF(S):                    COUNSEL FOR DEFENDANT(S):
Matthew Hale                                          Julia Stricklan, Stephen Newman

TYPE OF HEARING:     **Motion**

MOTIONS PROCEEDINGS:                              RULING:
1.     **Defendant's Motion to Dismiss**           **Submitted** - Court shall issue short oder

ORDERED AFTER HEARING:
- 

ORDER TO BE PREPARED BY:     Plntf ()  Deft ()  Joint ()  Court (**x**)

Referred to Magistrate Judge     For: **Settlement in** *
(The parties are directed to contact the courtroom deputy of the undersigned judge if they are not advised of the assigned magistrate judge with thirty (30) days.)

CASE CONTINUED TO:            for

Pre-Trial Conference Date :            at 3:30 p.m.

Trial Date:     at 8:30 a.m.     Set for  days
            Type of Trial:  ()Jury     ( )Court

Notes: