Matthew S. Hale, Esq.
HALE & ASSOCIATES
Calif. State Bar No. 136690
45 Rivermont Drive
Newport News, VA 23601

Mailing Address:
P.O. Box 1951
Newport News, VA 23601

Telephone No. (757) 596-1143
E-Mail: matthale@verizon.net

Attorney for Plaintiffs, DAVID J. LEE and
DANIEL R. LLOYD

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. LEE and DANIEL R. LLOYD, as individuals and, on behalf of others similarly situated,<br><br>        Plaintiffs,<br><br>   vs.<br><br>CHASE MANHATTAN BANK U.S.A., N.A., a Delaware corporation, CHASE MANHATTAN BANK U.S.A., N.A. d.b.a. CHASE BANK U.S.A., N.A., JPMORGAN CHASE & CO., a Delaware corporation; and DOES 1, through 100, inclusive,<br><br>        Defendants. | Case No.: C 07-4732 MJJ<br><br>STIPULATION & [PROPOSED] ORDER RE: PLAINTIFFS' COUNSEL'S TELEPHONIC APPEARANCE AT THE INITIAL JOINT CASE MANAGEMENT HEARING |

David J. Lee, et al. v. Chase Manhattan Bank U.S.A., N.A., et al.,
Stipulation & [Proposed] Order Re: Plaintiffs' Counsel's Telephonic Appearance at the Joint Case Management Hearing

Plaintiffs David J. Lee and Daniel R. Lloyd, and Defendants Chase Bank U.S.A., N.A., and JPMorgan Chase & Co., stipulate to permit the Plaintiffs' attorney, Matthew S. Hale, to appear telephonically at the Initial Case Management Hearing currently scheduled for Tuesday, February 26, 2008 at 2:00 p.m., unless the Court grants the Defendants' Motion to Dismiss in which case the hearing would be moot. The parties respectfully request the Court confirm their stipulation with an Order that effect.

Dated: February 14, 2008					Stroock & Stroock & Lavan, L.L.P.


							        /s/
						By: _____
						    Stephen J. Newman Esq.,
						    Counsel for Defendant
						    Chase Bank U.S.A., N.A., and
						    JPMorgan Chase & CO.


Dated: February 14, 2008					Hale & Associates


							        /s/
						By: _____
						    Matthew S. Hale, Esq.,
						    Counsel for Plaintiffs,
						    David J. Lee, and
						    Daniel R. Lloyd

2

**David J. Lee, et al. v. Chase Manhattan Bank U.S.A., N.A., et al.,**
**Stipulation & [Proposed] Order Re: Plaintiffs' Counsel's Telephonic Appearance at the Joint Case Management Hearing**

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS ORDERED as follows:

(1)  Plaintiffs' attorney, Matthew S. Hale, may appear telephonically at the Initial Case Management Hearing currently scheduled for Tuesday, February 26, 2008 at 2:00 p.m.

Date: _____
The Honorable Martin J. Jenkins
U.S. District Court Judge

**David J. Lee, et al. v. Chase Manhattan Bank U.S.A., N.A., et al.,**
**Stipulation & [Proposed] Order Re: Plaintiffs' Counsel's Telephonic Appearance at the Joint Case Management Hearing**