**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**DAVID J. LEE,**

        Plaintiff(s),

  v.

**CHASE MANHATTAN BANK**,

        Defendant(s),                              /

No. **C07-04732 MJJ**

**Clerk's Notice**

    (Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the **Case Management Conference** scheduled for **Tuesday, February 26, 2008,** before the Honorable Martin J. Jenkins is hereby **vacated.**

Dated: February 21, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: 

   Monica Narcisse
   Courtroom Deputy

Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information. Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is due not less than 14 days prior to the *originally noticed* hearing date.