
```
 1  STROOCK & STROOCK & LAVAN LLP
    JULIA B. STRICKLAND (State Bar No. 083013)
 2  STEPHEN J. NEWMAN (State Bar No. 181570)
    NANCY M. LEE (State Bar No. 232708)
 3  2029 Century Park East, 16th Floor
    Los Angeles, California  90067-3086
 4  Telephone: 310-556-5800
    Facsimile:  310-556-5959
 5  lacalendar@stroock.com

 6  Attorneys for Defendants
      CHASE BANK USA, N.A.,
 7    erroneously sued as CHASE
      MANHATTAN BANK U.S.A.,
 8    N.A., and JPMORGAN CHASE & CO.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. LEE and DANIEL R. LLOYD, as individuals and, on behalf of others similarly situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>CHASE MANHATTAN BANK U.S.A., N.A., a Delaware corporation, CHASE MANHATTAN BANK U.S.A., N.A. d.b.a. CHASE BANK U.S.A., N.A., JPMORGAN CHASE & CO., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>  Defendants. | Case No. CV-07-4732 MJJ<br><br>THE HON. MARTIN J. JENKINS<br><br>**DEFENDANTS' MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DECISION IN SUPPORT OF MOTION TO DISMISS; DECLARATION OF NANCY M. LEE IN SUPPORT THEREOF**<br><br>**[Local Rule 7-11]** |

LA 51029069v1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Civil Local Rule 7-11, Defendants Chase Bank USA, N.A., erroneously sued as Chase Manhattan Bank U.S.A., N.A. and JPMorgan Chase & Co., hereby move for leave to file a statement of recent decision (attached hereto) regarding the Memorandum & Order issued by Judge Marilyn Patel on March 4, 2008 in the matter <u>David J. Lee et al. v. Capital One Bank</u>, Case No. CV-07-4599 (MHP) (N.D. Cal. March 4, 2008) (the "Order").

This Motion is made on grounds that good cause exists because the Order has bearing on the Defendants' Motion to Dismiss and the Court and the parties would be best served by allowing the Defendants to submit the statement of recent decision so that the relevant legal issues may be adequately addressed.

This Motion is based upon this Motion, the attached Memorandum of Points and Authorities and Declaration of Nancy M. Lee, the pleadings and records on file herein and on such other and further argument and evidence as may be presented.

Defendants' counsel was unable to reach Plaintiffs' counsel to discuss the filing of the statement of recent decision.

Dated: March 5, 2008

Respectfully submitted,

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
STEPHEN J. NEWMAN
NANCY M. LEE

By: /s/ Stephen J. Newman
Stephen J. Newman

Attorneys for Defendants
CHASE BANK USA, N.A., erroneously sued as CHASE MANHATTAN BANK U.S.A., N.A., and JPMORGAN CHASE & CO.

LA 51029069v1

- 1 -

**DEFENDANTS' MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DECISION IN SUPPORT OF MOTION TO DISMISS; DECLARATION OF NANCY M. LEE IN SUPPORT THEREOF – Case No. CV-07-4732 MJJ**

## MEMORANDUM OF POINTS AND AUTHORITIES

On March 4, 2008, Judge Marilyn Patel issued an order in the matter <u>David J. Lee et al. v. Capital One Bank</u>, Case No. CV-07-4599 (MHP) (N.D. Cal. March 4, 2008) (the "<u>Capital One</u> Order"), which has bearing on the issues relevant to the Motion to Dismiss currently pending in the instant action. Pursuant to Civil Local Rule 7-11, Defendants Chase Bank USA, N.A., erroneously sued as Chase Manhattan Bank U.S.A., N.A. and JPMorgan Chase & Co., hereby move for leave to file the statement of recent decision in <u>Capital One</u> attached as Exhibit A to the Declaration of Nancy M. Lee ("Lee Decl."). Since the <u>Capital One</u> Order was recently issued, it was not available by the time the Motion to Dismiss was heard on January 29, 2008.

Good cause for the instant Motion exists. The Court and the parties would be best served by allowing the Defendants to submit the statement of recent decision so that the relevant legal issues may be adequately addressed. Accordingly, the Court should grant the instant Motion in its entirety.

Defendants' counsel sought out the consent of Plaintiffs' counsel to file the statement of recent decision but was unable to reach Plaintiffs' counsel. <u>See</u> Lee Decl., ¶ 3. For this reason, Defendants were unable to obtain a stipulation to file the statement of recent decision. <u>Id.</u>

Dated:  March 5, 2008                    Respectfully submitted,

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
STEPHEN J. NEWMAN
NANCY M. LEE

By:  /s/ Stephen J. Newman
    Stephen J. Newman

Attorneys for Defendants
CHASE BANK USA, N.A., erroneously sued as CHASE MANHATTAN BANK U.S.A., N.A., and JPMORGAN CHASE & CO.

# DECLARATION OF NANCY M. LEE

I, Nancy M. Lee, declare as follows:

1. I am admitted to practice before this Court and am an associate with Stroock & Stroock & Lavan LLP, counsel for Defendants Chase Bank USA, N.A., erroneously sued as Chase Manhattan Bank U.S.A., N.A. and JPMorgan Chase & Co. I submit this declaration in support of Defendants' Motion for Leave to File Statement of Recent Decision In Support Of Motion to Dismiss (the "Motion"). The statements set forth herein are true of my own personal knowledge, and, if called as a witness, I could and would competently testify thereto.

2. Attached hereto as Exhibit A is the Statement of Recent Decision in Support of Motion to Dismiss which Defendants seek to file pursuant to the Motion.

3. Pursuant to Civil Local Rule 7-11, I called counsel for Plaintiffs, Matthew Hale, regarding our intention to seek relief to file a statement of recent decision in connection with the March 4, 2008 order in the matter <u>David J. Lee et al. v. Capital One Bank</u>, Case No. CV-07-4599 (MHP). I have not received a response from Mr. Hale. Accordingly, I was not able to obtain a stipulation to file the statement of recent decision.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 5th day of March 2008 at Los Angeles, California.

_____
Nancy M. Lee