STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
STEPHEN J. NEWMAN (State Bar No. 181570)
NANCY M. LEE (State Bar No. 232708)
2029 Century Park East, 16th Floor
Los Angeles, California 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
*lacalendar@stroock.com*

Attorneys for Defendants
 CHASE BANK USA, N.A.,
  erroneously sued as CHASE
  MANHATTAN BANK U.S.A.,
  N.A., and JPMORGAN CHASE & CO.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. LEE and DANIEL R. LLOYD, as individuals and, on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CHASE MANHATTAN BANK U.S.A., N.A., a Delaware corporation, CHASE MANHATTAN BANK U.S.A., N.A. d.b.a. CHASE BANK U.S.A., N.A., JPMORGAN CHASE & CO., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | **Case No. CV-07-4732 MJJ**<br><br>THE HON. MARTIN J. JENKINS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DECISION IN SUPPORT OF MOTION TO DISMISS** |

LA 51029150v1

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE STATEMENT OF
RECENT DECISION IN SUPPORT OF MOTION TO DISMISS – Case No. CV-07-4732 MJJ**

## ORDER

Before this Court is the Motion for Leave to File Statement of Recent Decision in Support of Motion to Dismiss (the "Motion") filed by Defendant Chase Bank USA, N.A. ("Chase"), erroneously sued as Chase Manhattan Bank U.S.A., N.A. and JPMorgan Chase & Co., pursuant to Local Rule 7-11.

After consideration of the evidence, pleadings, briefs, as well as all other matters presented to the Court, and good cause having been shown:

IT IS HEREBY ORDERED that the Motion is **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____

THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE