IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. LEE,<br><br>      Plaintiff,<br><br>  v.<br><br>CHASE MANHATTAN BANK,<br><br>      Defendant.<br>_____/ | No. CV 07-04732 MJJ<br><br>**JUDGMENT IN A CIVIL CASE** |

    ( )  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    (X)  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

    The Defendants' Motion to Dismiss is **granted.**

Dated:    3/17/2008                    Richard W. Wieking, Clerk

                                        By: /s/ M Narcisse

                                        Monica Narcisse, Deputy Clerk