FILED

'08 APR 16 PM 3: 10

_RICHARD W. WIEKING_
_CLERK U.S. DISTRICT COURT_
_NORTHERN DISTRICT OF CALIFORNIA_

1  **Matthew S. Hale, Esq.**
**HALE & ASSOCIATES**
2  **Calif. State Bar No. 136690**
**45 Rivermont Drive**
3  **Newport News, VA 23601**

4  **Mailing Address:**
**P.O. Box 1951**
5  **Newport News, VA 23601**

6  **Telephone No. (757) 596-1143**
**E-Mail: matthale@verizon.net**
7

**Attorney for Plaintiffs, DAVID J. LEE and**
8  **DANIEL R. LLOYD**

9                **UNITED STATES DISTRICT COURT**

10         **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11

12  **DAVID J. LEE and DANIEL R. LLOYD,**     ) **Case No.: C 07-4732 MJJ**
**as individuals and, on behalf of others**  )
13  **similarly situated,**                   ) **NOTICE OF APPEAL TO THE**
                                              ) **UNITED STATES COURT OF**
14                                            ) **APPEAL FOR THE NINTH**
                **Plaintiffs,**               ) **CIRCUIT**
15                                            )
          **vs.**                            )
16                                            ) **[REPRESENTATION STATEMENT,**
                                              ) **AND CIVIL APPEALS DOCKETING**
17  **CHASE MANHATTAN BANK U.S.A.,**          ) **STATEMENT, AND NOTICE OF INTENT**
**N.A., a Delaware corporation, CHASE**       ) **TO DESIGNATE PORTIONS OF COURT**
18  **MANHATTAN BANK U.S.A., N.A. d.b.a.**     ) **TRANSCRIPT AND STATEMENT OF**
**CHASE BANK U.S.A., N.A., JPMORGAN**         ) **ISSUES, FILED CONCURRENTLY]**
19  **CHASE & CO., a Delaware corporation;**   )
**and DOES 1, through 100, inclusive,**       )
20                                            )
                                              )
21                                            )
                **Defendants.**               )
22                                            )
                                              )
23                                            )
                                              )
24

25

_David J. Lee, et al. v. Chase Manhattan Bank U.S.A., N.A., et al.,_
Notice of Appeal

DAVID J. LEE and DANIEL R. LLOYD, the Plaintiffs/Appellants herein, appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment of the District Court, entered in this case on March 17, 2008 (Docketed as No. 50 on March 17, 2008) granting the Defendants' motion to dismiss the Plaintiffs' complaint.

There are two related cases in connection with this appeal: (1) David J. Lee, and Daniel R. Lloyd vs. American Express Travel Related Services, Inc., American Express Centurion Bank, and American Express Bank, FSB, Case No. C-07-4765 (CRB) (N.D. Cal. December 6, 2007), Court of Appeals Record No. 08-15015; and, (2) David J. Lee v. Capital One Bank and Capital One Services, Inc., C-07-4599 (MHP) (N.D. Cal. September 14, 2007).

Dated: April 15, 2008                    Respectfully submitted,

                                         Matthew S. Hale, Counsel
                                         For Plaintiffs/Appellants

1

**David J. Lee v. Capital One Bank, Inc. et al.,**
**Notice of Appeal**

## PROOF OF SERVICE

1

2     I am employed in the City of Newport News, Virginia. I am over the age of eighteen (18)

3     and not a party to the within action; my business address is P.O. Box 1951, Newport News, VA

4     23601.

5     On Tuesday, April 15, 2008, I caused to be served by Federal Express overnight courier

6     the foregoing documents: (1) Notice of Appeal to the United States Court of Appeal for the

7     Ninth Circuit, (2) Representation Statement, (3) Civil Appeals Docketing Statement, and (4)

8     Notice of Intent to Designate Portions of Court Transcript and Statement of Issues.

9

10    The foregoing documents were served on:

11    **Julia B. Strickland**
      **Stroock & Stroock & Lavan, L.L.P.**
12    **2029 Century Park East**
      **Los Angeles, CA 90067-3086**
13    **(310) 556-5806**
      **jstrickland@stroock.com.**
14

15    I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is

16    true and correct. Executed on the 15th day of April 2008 in Newport News, Virginia.

17

18



19                                          Matthew S. Hale, Esq.

20

21

22

23

24

25                                   2

**David J. Lee v. Capital One Bank, Inc. et al.,**
**Notice of Appeal**