1  Matthew S. Hale, Esq.
   HALE & ASSOCIATES
2  Calif. State Bar No. 136690
   45 Rivermont Drive
3  Newport News, VA 23601

4  Mailing Address:
   P.O. Box 1951
5  Newport News, VA 23601

6  Telephone No. (757) 596-1143
   E-Mail: matthale@verizon.net
7
   Attorney for Plaintiffs, DAVID J. LEE and
8  DANIEL R. LLOYD

FILED
08 APR 16 PM 3: 11
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9               UNITED STATES DISTRICT COURT

10           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 | DAVID J. LEE and DANIEL R. LLOYD,     ) Case No.: C 07-4732 MJJ
   | as individuals and, on behalf of others )
13 | similarly situated,                    ) REPRESENTATION STATEMENT
   |                                        )
14 |                                        )
   |           Plaintiffs,                  ) [NOTICE OF APPEAL, AND CIVIL
15 |                                        ) APPEALS DOCKETING STATEMENT,
   |    vs.                                 ) AND NOTICE OF INTENT TO
16 |                                        ) DESIGNATE PORTIONS OF COURT
   |                                        ) TRANSCRIPT AND STATEMENT OF
17 | CHASE MANHATTAN BANK U.S.A.,           ) ISSUES, FILED CONCURRENTLY]
   | N.A., a Delaware corporation, CHASE    )
18 | MANHATTAN BANK U.S.A., N.A. d.b.a.     )
   | CHASE BANK U.S.A., N.A., JPMORGAN      )
19 | CHASE & CO., a Delaware corporation;   )
   | and DOES 1, through 100, inclusive,    )
20 |                                        )
   |                                        )
21 |                                        )
   |           Defendants.                  )
22 |                                        )
   |                                        )
23 |                                        )
                                            )
24

25

David J. Lee, et al. v. Chase Manhattan Bank U.S.A., N.A., et al.,
Representation Statement

1  The undersigned represents David J. Lee and Daniel R. Lloyd,
2  Plaintiffs/Appellants in this matter, and no other parties. Attached is a service list
3  that shows all of the parties to the action below, and identifies their counsel by
4  name, firm, addresses, and telephone number, where appropriate. (F.R.A.P. 12(b);
5
6  Circuit Rule 3-2(b).)
7
8  Dated: April 15, 2008                          Respectfully submitted,

                                                  _____
                                                  Matthew S. Hale, Counsel
                                                  For Plaintiffs/ Appellants

David J. Lee v. Chase Manhattan Bank U.S.A., N.A. et al.,
Representation Statement

## Service List

Plaintiffs/Appellants David J. Lee and Daniel R. Lloyd, are represented by attorney Matthew S. Hale of the Hale & Associates. Mr. Hale's mailing address is P.O. Box 1951, Newport News, Virginia 23601. The physical address of Mr. Hale's office is 45 Rivermont Drive, Newport News, Virginia, 23601. His telephone number is (757) 596-1143. His e-mail address is matthale@verizon.net.

Defendants, Appellees, Chase Manhattan Bank U.S.A., N.A., Chase Manhattan Bank U.S.A., N.A. D.B.A. Chase Bank U.S.A., N.A., and JPMorgan Chase & Co., are represented by attorney Julia B. Strickland of the law firm of Stroock & Stroock & Lavan, L.L.P., whose offices are located at 2029 Century Park East Los Angeles, CA 90067-3086. Ms. Strickland's telephone number is (310) 556-5806, and her e-mail address is jstrickland@stroock.com.

## PROOF OF SERVICE

I am employed in the City of Newport News, Virginia. I am over the age of eighteen (18) and not a party to the within action; my business address is P.O. Box 1951, Newport News, VA 23601.

On Tuesday, April 15, 2008, I caused to be served by Federal Express overnight courier the foregoing documents: (1) Notice of Appeal to the United States Court of Appeal for the Ninth Circuit, (2) Representation Statement, (3) Civil Appeals Docketing Statement, and (4) Notice of Intent to Designate Portions of Court Transcript and Statement of Issues.

The foregoing documents were served on:

**Julia B. Strickland**
**Stroock & Stroock & Lavan, L.L.P.**
**2029 Century Park East**
**Los Angeles, CA 90067-3086**
**(310) 556-5806**
**jstrickland@stroock.com.**

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed on the 15th day of April 2008 in Newport News, Virginia.



Matthew S. Hale, Esq.

David J. Lee v. Chase Manhattan Bank U.S.A., N.A. et al.,
Representation Statement