UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 17, 2008

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

08-15926

**CASE NUMBER: CV 07-04732 MJJ**

**CASE TITLE: DAVID J. LEE-v-CHASE MANHATTAN BANK**

USCA Case Number:

Dear Sir/Madam:

Enclosed is the **Notice of Appeal** in the above captioned case. Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Sherla Rash
Case Systems Administrator

cc: Counsel of Record

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

April 17, 2008

FILED
08 APR 23 PM 1:58
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CASE INFORMATION:**
Short Case Title: DAVID J. LEE -v- CHASE MANHATTAN BANK
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: San Francisco division ~ Judge Martin J. Jenkins
Criminal and/or Civil Case No.: CV 07-04732 MJJ
Date Complaint/Indictment/Petition Filed: 9/14/07
Date Appealed order/judgment *entered* 3/17/08
Date NOA *filed* 4/16/08
Date(s) of Indictment          Plea Hearing                              Sentencing

COA Status (check one):   ☐ granted in full (attach order)      ☐ denied in full (send record)
                          ☐ granted in part (attach order)      ☐ pending

Court Reporter(s) Name & Phone Number: Belle Ball (415) 373-2529

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: 4/16/08              Date Docket Fee Billed:
Date FP granted:                           Date FP denied:
Is FP pending? ☐ yes ☐ no                                  Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes ☐ no
Companion Cases? Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                         Appellee Counsel:




☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                               Address:
Custody:
Bail:


**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:              9th Circuit Docket Number:



Name & Phone Number of Person Completing this Form: Sheila Rash
                                  (415) 5222-2099

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 21 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

|  |  |
|---|---|
| DAVID J. LEE; DANIEL R. LLOYD, individuals & on behalf of others similarly situated., <br><br> Plaintiffs - Appellants <br><br> v. <br><br> CHASE MANHATTAN BANK USA, N.A., a Delaware corporation; CHASE MANHATTAN BANK USA, N.A., DBA Chase Bank USA, N.A.; JPMORGAN CHASE & CO., a Delaware corporation, <br><br> Defendants - Appellees | No. 08-15926 <br><br> D.C. No. 3:07-CV-04732-MJJ <br><br> **TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule:

| | |
|---|---|
| **Tue., May 6, 2008** | Appellee/respondent shall notify appellant/petitioner of any additional transcripts needed, pursuant to 9th Cir. R. 10-3.1(b); |
| **Fri., May 16, 2008** | Appellant/petitioner shall file transcript order form with the district court and make payment arrangements with court reporter, pursuant to 9th Cir. R. 10-3.1; |
| **Mon., June 16, 2008** | Court reporter shall file transcript in the district court, pursuant to FRAP 11(b) and 9th Cir. R. 11-1.1; |
| **Fri., August 1, 2008** | Appellant/petitioner's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1; |

**Mon., September 1, 2008**   The brief of appellee/respondent shall be filed and served, pursuant to FRAP 32 and 9th Cir. R. 32-1

**The optional appellant/petitioner reply brief shall be filed and served within fourteen days of service of the appellee/respondent's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1**

**Appellants/Petitioners without representation of counsel in a prisoner appeal may have their case submitted on the briefs and record without oral argument, pursuant to FRAP 34(a). Within 10 days of the filing of the appellant's opening brief, parties may file a statement setting forth the reasons why, in the opinion of the parties, oral argument should be heard.**

FOR THE COURT:

Molly C. Dwyer
Clerk of Court


Gerald Rosen
Deputy Clerk